**No. 25-5436**            **September Term, 2025**

1:25-cv-02445-PLF

Filed On: February 17, 2026

American Federation of Labor and Congress
of Industrial Organizations, et al.,

       Appellees

       v.

Donald J. Trump, President of the United
States, et al.,

       Appellants

## O R D E R

Upon consideration of the notice of appeal and initial submissions, it is

**ORDERED**, on the court's own motion, that the parties show cause, within 30 days of the date of this order, why this appeal should not be held in abeyance pending the resolution of <u>National Treasury Employees Union v. Trump</u>, No. 25-5157, et al. (D.C. Cir.). The responses to the order to show cause may not exceed 5,200 words.

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                 BY:     /s/
                             Selena R. Gancasz
                             Deputy Clerk