# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5436**

**September Term, 2025**

**1:25-cv-02445-PLF**

**Filed On: March 23, 2026** [2165057]

American Federation of Labor and
Congress of Industrial Organizations, et al.,

      Appellees

      v.

Donald J. Trump, President of the United
States, et al.,

      Appellants

## O R D E R

Upon consideration of the court's order to show cause filed February 17, 2026, and the responses thereto, it is

**ORDERED** that the order to show cause be discharged.  It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The parties are directed to file motions to govern further proceedings in this case within 30 days of this court's disposition of National Treasury Employees Union v. Trump, No. 25-5157; American Foreign Service Association v. Trump, No. 25-5184; and Federal Education Association v. Trump, No. 25-5303 (argued December 15, 2025).

              **FOR THE COURT:**
              Clifton B. Cislak, Clerk

      BY:   /s/
              Louis Karl Fisher
              Deputy Clerk